IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ALFONZA WARD,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1397

Opinion filed April 13, 2015.

Petition for Writ of Certiorari – Original Jurisdiction.

Alfonza Ward, pro se, Petitioner.

No appearance for Respondent.

PER CURIAM.

      DISMISSED.

ROBERTS, SWANSON, and BILBREY, JJ., CONCUR.